IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **MARSHAL T. SIMPSON, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 18-CV-00398-MJW |
| | ) |
| **WILLIAMS DIRKS DAMERON, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANTS' MOTION TO REMOVE JULIA KLEIN FROM THIS LAWSUIT AND STRIKE ALL OF THE PLEADINGS SHE HAS FILED AND SUGGESTIONS IN SUPPORT

**COME NOW**, defendants William Dirks Dameron, LLC and Matthew L. Dameron ("Defendants"), and submit their Motion to Remove Plaintiffs' only attorney, Julia Klein, from this lawsuit and strike all of the pleadings she has filed – as Ms. Klein is not a member of this Bar and has no ability to appear and practice before this District. In support of this Motion, defendants state as follows:

Specifically, Plaintiffs' counsel, Julia Klein, is not now, nor was she at the time she filed Plaintiffs' Suggestions in Opposition to Defendants' Motion to Dismiss ("Opposition") (doc. 24) or Plaintiffs' Motion for Extension (doc. 23), a member of this Bar. Nor has Ms. Klein been admitted *pro hac vice*. Thus, she should be removed from this case and any pleadings she filed should be stricken from the record – as Ms. Klein does not have the ability to appear and practice before this District.

Even if Ms. Klein's initial filings in this case were appropriate pursuant to Local Rule 83.5(h)(2), which seems unlikely as said rule pertains only to limited initial appearances, Ms. Klein had only 14 days after entering her appearance to comply with Local Rule 83.5(h)(3) – which contains the procedures for being admitted to this Bar *pro hac vice*. Ms. Klein made her initial

filings in this case on June 22, 2018 – giving her until July 6, 2018 to become admitted to practice before this District.  As Ms. Klein has not complied with these procedures, she should be removed from this case and any pleadings she filed should be stricken from the record.

**WHEREFORE**, Defendants respectfully request an order removing Julia Klein from this lawsuit and striking all of the pleadings that she has filed, and for such other and further relief as this Court deems just and proper.

**NORRIS & KEPLINGER, L.L.C.**

By: s/David J. Welder
Michael G. Norris, #33416
mnorris@nkfirm.com
David J. Welder, #61806
dwelder@nkfirm.com
9225 Indian Creek Parkway
32 Corporate Woods, Suite 750
Overland Park, Kansas  66210
(913) 663-2000
(913) 663-2006 (Fax)
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2018, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send notice of electronic filing to all counsel of record.

s/David J. Welder
**Attorney for Defendants**

{0212295.DOCX}2